UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

State of Nevada,

    Plaintiff

v.

Mr. Clayton-M. Bernard-Ex,

    Defendant

Case No.: 2:24-cv-2114-JAD-DJA

**Order Denying Motion to Stay**

[ECF Nos. 9, 10]

    Clayton-M. Bernard-Ex, who claims he's a "tax-exempt," "free sovereign American Citizen and 'nonresident alien,'" commenced this proceeding as a purported "removal" of a Las Vegas Justice Court Case against him[1] and seeks an award of $38.5 million in damages for his alleged "false arrest" and various other torts and constitutional violations.[2] Although Bernard-Ex captioned this case with himself as the defendant, it was he who initiated it. He now moves to stay this case, arguing that his filing for Chapter 7 bankruptcy protection on December 4, 2024, triggered an automatic stay under 11 U.S.C. § 362(a).[3]

    But the automatic stay does not work that way. The Ninth Circuit has made clear that the stay provided by § 362 "does not prevent a plaintiff/debtor from continuing to prosecute its own claims nor does it prevent a defendant from protecting its interests against claims brought by the debtor."[4] "This is true, even if the defendant's successful defense will result in the loss of an

---

[1] *See* ECF No. 1-4 at 5 (referencing Justice Court Case No. 17 F17046X).
[2] *Id*.
[3] ECF Nos. 9, 10. It appears that the motion was filed twice.
[4] *In re Palmdale Hills Property, LLC*, 654 F.3d 868, 875 (9th Cir. 2011).

allegedly valuable claim asserted by the debtor."[5]  So, because Bernard-Ex initiated this action, and there are no claims in this case against him,

      **IT IS ORDERED that the motion to stay this case based on 11 U.S.C. § 362(a) [ECF Nos. 9, 10] is DENIED.**

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                                       January 7, 2025

---

[5] *Id.*