UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| State of Nevada, | Case No. 2:24-cv-02114-JAD-DJA |
|---|---|
| Plaintiff | |
| v. | **Order Extending Appeal Deadline to 4/10/25 but Denying Certificate of Appealability** |
| Mr. Clayton-M. Bernard-Ex, | |
| Defendant | ECF Nos. 19, 20 |

Mr. Clayton-M. Bernard-Ex. was a defendant in a criminal case in the Las Vegas Justice Court. Theorizing that his constitutional, civil, and intellectual-property rights were violated during his 2017 arrest and resulting state-court prosecution, Mr. Clayton-M. Bernard-Ex., representing himself pro se, "removed" his criminal prosecution to this court and demanded more than $38 billion in damages.[1] Because that removal was improper, this case was remanded back to the Las Vegas Justice Court on January 28, 2025.[2]

Mr. Clayton-M. Bernard-Ex now moves for a certificate of appealability to challenge that remand order,[3] and he asks to extend his deadline to appeal.[4] Because I find that reasonable jurists would not debate the conclusion that removal was improper, I

---

[1] ECF No. 1-4.
[2] ECF No. 17.
[3] ECF No. 19.
[4] ECF No. 20.

1

deny a certificate of appealability, but I nevertheless grant the motion to extend the appellate deadline.  While I decline to acknowledge the alleged wrongfulness of Mr. Clayton-M. Bernard-Ex's inability to access documents in the PACER electronic-filing system, I find that he has shown good cause for an extension under Federal Rule of Appellate Procedure (FRAP) 4(a)(5).  He has not specified the length of extension requested,[5] but FRAP 4(a)(5)(C) prohibits the court from extending the deadline more than 30 days after the original deadline "or 14 days after the date when the order granting the motion is entered, whichever is later."[6]  So I grant the motion and extend the appellate deadline to April 10, 2025.

      IT IS THEREFORE ORDERED that Mr. Clayton-M. Bernard-Ex's motion for a certificate of appealability **[ECF No. 19] is DENIED**, but his motion to extend the appellate deadline **[ECF No. 20] is GRANTED, extending his deadline to appeal the remand order [ECF No. 17] to April 10, 2025.**

      _____
      U.S. District Judge Jennifer A. Dorsey
      March 27, 2025

---

[5] The motion appears to be a template with placeholder brackets designed to be replaced by specific information, and the bracketed options were not replaced with the specific information.  *See, e.g.*, ECF No. 20 at 3.

[6] Fed. R. App. P. 4(a)(5)(C).